# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **LOGITRAQ, LLC,**<br><br>                      Plaintiff,<br>v.<br><br>**KNIGHT TRANSPORTATION, INC.,**<br><br>                      Defendant. | Case No. 6:14-cv-199<br><br>**PATENT CASE**<br><br>**JURY TRIAL DEMANDED** |

## ORDER GRANTING JOINT MOTION TO STAY ALL DEADLINES

On this date the Court considered the Joint Motion to Stay All Deadlines and Notice of Settlement filed jointly on behalf of Plaintiff Logitraq, LLC ("Logitraq") and Defendant Knight Transportation, Inc. ("Knight"). Based on the motion, the grounds set forth therein, the pleadings and other filings in this case, and the agreement of the parties to the motion, the Court finds that good cause has been established and the Joint Motion to Stay should be GRANTED.

It is therefore ORDERED that all proceedings in this case, including all pending deadlines, are stayed until July 24, 2014.  It is further

ORDERED that the parties shall submit closing documents by July 25, 2014.

**So ORDERED and SIGNED this 23rd day of June, 2014.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE