# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **LOGITRAQ, LLC,**<br><br>  Plaintiff,<br>v.<br><br>**KNIGHT TRANSPORTATION, INC.,**<br><br>  Defendant. | Case No. 6:14-cv-199<br><br>**PATENT CASE**<br><br>**JURY TRIAL DEMANDED** |

## AGREED MOTION TO DISMISS WITH PREJUDICE

Pursuant to Rule 41(a) of the FEDERAL RULES OF CIVIL PROCEDURE and the terms of a separate agreement, Plaintiff Logitraq, LLC ("Logitraq") and Defendant Knight Transportation, Inc. ("Knight") file this agreed motion to dismiss with prejudice. The parties, therefore, move this Court to dismiss this action and all claims by Logitraq against Knight made therein, with prejudice, with each party to bear its own costs, attorney's fees and expenses.

Wherefore, Plaintiff Logitraq respectfully requests that the Court enter the proposed order of dismissal submitted with this motion.

Dated: July 24, 2014        Respectfully submitted,

  */s/ Craig Tadlock*
Craig Tadlock
State Bar No. 00791766
John J. Harvey, Jr.
State Bar No. 09179770
Keith Smiley
State Bar No. 24067869
**TADLOCK LAW FIRM PLLC**

2701 Dallas Parkway, Suite 360
Plano, Texas 75093
903-730-6789

40848382.5

craig@tadlocklawfirm.com
john@tadlocklawfirm.com
keith@tadlocklawfirm.com

*Attorneys for Plaintiff Logitraq, LLC*

**CERTIFICATE OF CONFERENCE**

I hereby certify that on July 23, 2014, I conferred by email with counsel for Defendant. Defendant's counsel has agreed to the form and substance of this motion. Accordingly, this motion is an agreed motion.

*/s/ Keith Smiley*
Keith Smiley

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 24th day of July, 2014.

*/s/ Craig Tadlock*
Craig Tadlock